

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2022

No. 04-22-00033-CV

Frederick **BEEBE**,
Appellant

v.

**CITY OF SAN ANTONIO**, by and through its agent, CPS Energy,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI19603
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The trial court signed a final judgment on October 19, 2021. A motion for new trial, if any, was due to be filed on or before November 18, 2021. *See* TEX. R. CIV. P. 329b(a). Appellant filed a motion for new trial on November 19, 2021. Because appellant did not file a timely motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed on November 18, 2021. *See* TEX. R. APP. P. 26.1. A motion for extension of time to file the notice of appeal was due on December 3, 2021, within fifteen days after the deadline. *See* TEX. R. APP. P. 26.3. Appellant did not file the notice of appeal until January 13, 2022. Appellant also filed a motion for extension of time on January 13, 2022.

An appellate court may extend the time to file the notice of appeal if, within 15 days after the deadline for filing the notice of appeal, the party (i) files the notice of appeal in the trial court, and (ii) files a motion for extension in compliance with Rule 10.5(b) in the appellate court. TEX. R. APP. P. 26.3. "[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Because it appears appellant's notice of appeal was filed untimely, we order appellant to show cause in writing *within fifteen (15) days* from the date of this order stating why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending our determination of whether we have jurisdiction over this appeal.

_____
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2022.



_____
Michael A. Cruz,
Clerk of Court